IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| General Medicine, PC, | : | |
| Plaintiff | : | Civil Action 2:05-cv-439 |
| v. | : | Judge Frost |
| Morning View Care Centers, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff General Medicine, PC brings this action against defendant Morning View Care Centers ("Morning View") asserting claims for breach of contract and tortious interference arising out of a contract for General Medicine to provide medical care at six of Morning View's residential health care facilities.  This matter is before the Court on Magistrate Judge Abel's June 15, 2006 Report and Recommendation that defendant's April 14, 2006 motion to dismiss for want of compliance with Magistrate's discovery order under Rule 37, Fed, R. Civ. P. (doc. 22) be  denied.  No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and defendant's April 14, 2006 motion to dismiss for want of compliance with Magistrate's discovery order under Rule 37, Fed, R. Civ. P. (doc. 22) is **DENIED**.

   /s/   Gregory L. Frost
**Gregory L. Frost**
**United States District Judge**